1  TERESA M. MCGOWAN, CA Bar No. 145823
   Deputy County Counsel
2  RUTH E. STRINGER, CA Bar No. 103563
   County Counsel
3  385 North Arrowhead Avenue, 4th Floor
   San Bernardino, CA 92415-0140
4  Telephone:  (909) 387-5455
   Fax:        (909) 387-4069
5
   Attorney for Defendant,
6  County of San Bernardino.

7                UNITED STATES DISTRICT COURT
8                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNN ARLEEN LITWINSKI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO,<br>DOES 1-5 inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 09-7582 GAF(DTBx)<br><br>**(PROPOSED) ORDER RE:**<br>**STIPULATION FOR PROTECTIVE**<br>**ORDER RE CONTROL AND USE**<br>**OF CONFIDENTIAL PERSONNEL**<br>**RECORDS** |

　　　　Pursuant to the agreement by and between the parties the Stipulation for Protective Order is Granted as requested by the parties and the materials designated herein shall be subject to all its terms and conditions as follows:

　　1. All documents shall be designated by page number. Each document page shall be designated as follows: "Confidential Material which is subject to protective order."

　　2. The "Confidential Material" shall be used solely in connection with

this litigation in the preparation and trial of this case, and not for any other litigation. To the extent the material is used at trial, it shall be subject to review and further order of this Court.

    3. The "Confidential Material" may be disclosed only to the following persons;

        a)  counsel and all parties to this action;

        b)  any outside expert or consultant retained in connection with this action and not otherwise employed by either party;

        c)  any in-house expert designated by defendants to testify at trial in this matter;

        d)  witnesses herein who may have the documents disclosed to them during deposition proceedings; no witness may leave the deposition with any copies of the documents, and shall be bound by the provisions of paragraph 5 below.

    4. Each person to whom disclosure is made, with the exception of counsel, who are presumed to know of the contents of this protective order, shall, prior to the time of disclosure, be provided by the person furnishing him/her such material, a copy of this order, and shall agree on the record or in the writing that he/she has read the protective order and that he/she understands the provisions of the protective order.

    5. At the conclusion of the trial and of any appeal, or upon other termination of this litigation, all confidential material governed by the provisions of this order (including any copies made) shall all be returned to counsel for defendant, COUNTY OF SAN BERNARDINO, for transmittal to the Sheriffs Department of San Bernardino for retention or destruction.

1  Counsel for each party shall certify that in returning the "Confidential
2  Materials" that they have received all copies from any third party and all
3  materials and copies are being returned by them and the counsel has not
4  kept any copies.

6.  The foregoing is without prejudice to the right of any parties:

   a)  to apply to the Court for a further protective order relating to any "confidential material," or relating to discovery in this litigation;

   b)  to apply to the Court for an order removing the "Confidential Material" designation from the document;

   c)  to apply to the Court for an order compelling production of documents or modification of this order or for any order permitting disclosure of confidential material beyond the terms of this order.

DATED:  June 3, 2010

_____
UNITED STATES DISTRICT COURT JUDGE